UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREW EARL CHAMBERS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN NEVENS, et al.,<br><br>Respondents. | Case No. 2:13-cv-00489-MMD-GWF<br><br>ORDER |

Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, has a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (dkt. no. 1). The Court dismisses this action because petitioner did not pay the filing fee and did not file an application to proceed *in forma pauperis*, together with a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the Clerk of the Court shall send petitioner a blank form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank § 2254 habeas corpus petition form with instructions.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a

///

///

signed financial certificate and a statement of his inmate account.  The Clerk of the Court shall enter judgment accordingly.

DATED THIS 1st day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE