UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREW EARL CHAMBERS,<br><br>                         Petitioner,<br>    v.<br><br>WARDEN NEVENS, et al.,<br><br>                       Respondents. | Case No. 2:13-cv-00489-MMD-GWF<br><br>ORDER |

Respondents having submitted a motion for enlargement of time (first request) (dkt. no. 14), and good cause appearing, it is therefore ordered that respondents' motion for enlargement of time (first request) (dkt. no. 14) is granted. Respondents shall have through May 2, 2014, to file and serve an answer or other response to the petition.

DATED THIS 2nd day of April 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE